■ RALPH ALLOCO, Appellant, v MICHAEL CENZI, Respondent.—Judgment unanimously reversed on the law without costs and judgment granted to plaintiff in accordance with the following memorandum: The court erred in failing to award plaintiff $400 plus interest from December 1, 1984, in light of defendant's pleading and his admission at trial that he owed plaintiff that amount. (Appeal from judgment of Supreme Court, Monroe County, Fritsch, J.—breach of contract.) Present—Dillon, P. J., Denman, Green, Pine and Balio, JJ.

■ JACK BREMNER et al., Appellants, v DANIEL V. ZACCAGINO et al., Doing Business as DANNY ZACK'S BAR & GRILL, Respondents.—Order unanimously affirmed without costs for reasons stated at Supreme Court, Ostrowski, J. (Appeal from order of Supreme Court, Erie County, Ostrowski, J.—summary judgment.) Present—Dillon, P. J., Denman, Green, Pine and Balio, JJ.

■ CITIZENS FOR RESPONSIBLE WASTE MANAGEMENT, by MARY BOGIN, its Presiding Officer, and Another, et al., Appellants, v WESTERN FINGER LAKES SOLID WASTE MANAGEMENT AUTHORITY, Respondent.—Judgment insofar as appealed from unanimously affirmed without costs and application for leave to appeal denied. (Appeal from judgment of Supreme Court, Monroe County, Cornelius, J.—art 78.) Present—Dillon, P. J., Denman, Green, Pine and Balio, JJ.